**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| EDWARD PERREY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 2:10-cv-272-WTL-DML |
| EDWIN BUSS, et al., | ) ) ) |
| Defendants. | ) ) |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

**1.** The plaintiff's motion to reconsider the Order of October 28, 2010, (dkt 11) is **granted.** The dismissal of certain claims in *Perrey v. Donahue, et al.*, 3:06-cv-617 AS (N.D. Ind. December 3, 2007) did not qualify as a strike and the plaintiff is eligible to proceed *in forma pauperis*. See *Turley v. Gaetz*, 2010 WL 4286368 (7th Cir. 2010).

**2.** The plaintiff's motion for extension of time to pay the filing fee (dkt 12) is **denied as unnecessary**. Notwithstanding the foregoing ruling, the plaintiff owes the filing fee. "All [28 U.S.C.] § 1915 has ever done is excuse *pre-*payment of the docket fees; a litigant remains liable for them, and for other costs, although poverty may make collection impossible." *Abdul-Wadood v. Nathan,* 91 F.3d 1023, 1025 (7th Cir. 1996).

**3.** The complaint is now subject to the screening requirement of 28 U.S.C. § 1915A(b). This statute directs that the court dismiss a complaint or any claim within a complaint which "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* The court will direct the further development of any claim which is not dismissed on this basis. The parties will be notified when this determination has been made.

**IT IS SO ORDERED.**

_William T. Lawrence_

Date: 11/16/2010

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

EDWARD PERREY
116348
PUTNAMVILLE
PUTNAMVILLE CORRECTIONAL FACILITY
1946 West U.S. 40
Greencastle, IN 46135